UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **LARRY D. WILSON,** )  ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Action No.  CV 04-S-2820-NE |
| **LIZZIE D. THOMPSON,** ) **GLENDA COLE BECKWITH,** ) **CAROLE C. MEDLEY, and** ) **CHANDA LONG,** ) ) | |
| **Defendants.** ) | |

**MEMORANDUM OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation and the supplemental order thereto, to which no objections were filed, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court.  In accord with the recommendation, the motions to dismiss filed by defendants Medley and Beckwith are due to be granted.  Because there is no viable claim against defendants Thompson and Long, the complaint is due to be dismissed as to them as well.  An appropriate order will be entered.

DONE this 29th day of April, 2005.

                                                            _____

                                                            United States District Judge